# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:07CR30

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| VADAS JAMES EVERSOLE ) | |

**THIS MATTER** is before the Court on the Defendant's appeal from the denial by the Magistrate Judge of his motion for release on bond pending sentencing.

The Defendant has pled guilty to conspiracy to possess with intent to distribute at least 500 grams but less than 1.5 kilograms of a mixture containing a detectable amount of methamphetamine. The Defendant's appeal from the Magistrate Judge's order of detention does not state any grounds for the relief sought and, as a result, the appeal is summarily denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's appeal is **DENIED**, and the Magistrate Judge's order of detention is **AFFIRMED.**

Signed: September 12, 2007

Lacy H. Thornburg
United States District Judge